14 cv 2974 MJD/JJK

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

AMADOU C. DIABATE Plaintiff(s),

vs.

UNIVERSITY of MINNESOTA TWIN-CITIE

Case No. _____
(To be assigned by Clerk of District Court)

RECEIVED 14 JUL 22 PM 2:14 CLERK, U.S. DISTRICT COURT MINNEAPOLIS

DEMAND FOR JURY TRIAL

YES [X]   NO [ ]

Defendant(s).

(Enter the full name(s) of ALL defendants in this lawsuit. Please attach additional sheets if necessary).

## COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff
      Name: AMADOU C. DIABATE
      Street Address: 600 18 Ave N. Apt #126E
      County, City: MINNEAPOLIS
      State & Zip Code: MN - 55411
      Telephone Number: (612) 377-3059
      E-mail: mandeka54@yahoo.com

SCANNED JUL 22 2014 U.S. DISTRICT COURT MPLS

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

   a. Defendant No. 1

      Name: UNIVERSITY OF MINNESOTA

      Street Address: 2818 Como Ave SE

      County, City: MINNEAPOLIS

      State & Zip Code: MN 55414

   b. Defendant No. 2

      Name: UMN / CLA BUILDING

      Street Address: 240 WILLIAMSON HALL

      County, City: MINNEAPOLIS

      State & Zip Code: MN 55455-0213

   c. Defendant No. 3

      Name: JULIE Ann Eden & Christopher Xaphakoly

      Street Address: (Same Adress

      County, City: UMN Employees)

      State & Zip Code:

NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER. Check here if additional sheets of paper are attached: ☒  UMN employees
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

   [X] Federal Question     [ ] Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.
   
   denying to give me my "OFFICIAL TRANSCRIPT Suspend me for no Reason

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

   Plaintiff Name:                State of Citizenship:

   Defendant No. 1:               State of Citizenship:

   Defendant No. 2:               State of Citizenship:

   **Attach additional sheets of paper as necessary and label this information as paragraph 5.**
   **Check here if additional sheets of paper are attached.** [ ]

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

   [X] Defendant(s) reside in Minnesota    [X] Facts alleged below primarily occurred in Minnesota
   [X] Other, explain  plaintiff reside in Minnesota

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

3

separately, beginning with number 7.  Please write each single set of circumstances in a separately numbered paragraph.

7. Documents attached
$7_1/7_2/7_3/7_4$
I was DISMISSED, suspended to go for one Year at Minneapolis Community College and Comes back, the Year of my GRADUATION I should be Graduated on JUNE 2014

Attach additional sheets of paper as necessary.
Check here if additional sheets of paper are attached: ☒ $7_1/7_2/7_3/7_4$
Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

Race, Age was involved for my TERMINATION/SUSPENSION I ask the Court $15,000,000 for the pain and Suffering they inflicted to me by treated me differently than other US-CITIZEN they Ruined my dream and my life

In University of Minnesota "Minnesota Daily "on June 11-17, 2014,Blair Emerson been asking How: "U Losing black grad students". That was a wrong question for a "Cancer on the school system to welcome "BLACKS STUDENTS to even enroll to UMN: BLACK ARE NO WELCOMING at UMN.

I'M SORRY TO NOT BE INFLUENCE IN ENGLISH LIKE THEM, MY FIRST LANGUAGE IS FRENCH. That why that team played on me to pushed me out from UMN-School-Syetem.

I should been graduated this June 2014, but some peoples decided last year to COMMUNITY COLLEGE last June2013 for their state of mind near United States before Blacks peoples were not allows for EDUCATION.

I was **RAIL-ROADED** for 03 years by some peoples on LIES and DECEPTIONS. For them, I never find out.

I got today July 21, 2014 a letter from the US. Department of Treasury/ Debt Management Services dated on July 9, 2014 telling to pay back money I received from Summer2013 because, I never attended. I never missed one day that Summer. May be I was **REGISTRED** only by those two peoples to fool me but not in school!

I suspect the all my **SCHOOL-ENROLLMENT** was **FAKE** and a **MOCKERY**

I was threatened like second class citizen, my US-Constitution was violated by them refusing to give me my" **OFFICIAL-RECORD-TRANSCRIPT.**

I ask the Court to award me $15.000.000 for what I was putting through by UNIVERSITY of MINNESOTA and it employees.

By UMN standard, now President Obama can't even teach when he and his finished Colleges because they paid their Students-Loans only after he wrote a book about his father, even his Senator salaries can't pay that Loan.

I was refused my Official-Transcript for $7000US I owed them despite with no income when I enrolled at UMN at Minneapolis.

My DEPRESSIVE-STATE today is one of the consequences of the way they threatened me.


72)

Like t on the Minnesota-Daily pointed on June 11-17, 2014, about the decrease of Black-Students failed fare from the true:"It decrease because Black-Students are not WELCOME at UMN. When my county spend more than 800 Billion at WAR in the Middle-East to spray DEMOCRACY that is a good thing but when my home State IMPEACHED me to get a DEGREE that become questionable!

When UMN advertise to bring Students from over the world to teach them, that is a good thing but telling a lie to go back to MCTC for the of my GRADUATION and comes back again to UMN for learns more about "ENGLISH-WRITING" in class where some Students was so poor in English the allowed them to speaks to each other in MANDARIN or CHINESE- LANGUAGE; That was a FRAUD to me and a FEDERAL-FRAUD on those STUDENTS-IMMIGATION-STATUS to maintains here to let them get in the future in US-IVY-LEAGUE-COLLEGES but everything was set for my downfall by expedited my way out of the school.

At 55, in 2008-2009, I decided to come back to school to learn more, I was aware by many about the PREJUDICE-STATE of UMN, I decided to not believe about it.

Since I was SUSPENDED (3or 4 times) but never meet one of those SUSPENSION-COMMITTEES. Even doubt now if I was even been enrolled in that school. That why I decided to court to know the THRUE.

At the CLA-SOCIAL-SCIENCES BUILDING, I was dealing with only 02 peoples now I suspect them to ruin and waist my life:

 **Christopher Xaphakdy and  Julie Ann Edin my 02 ADVISORS at the CLA-BUILDTING who worked for my down fall.**

 I suspect them to makes fool on me by making me believes like I been enrolled in UMN at MINNEAPOLIS-TWIN-CITIES. Those two peoples and other I don't know STAGED, FABRICATED, the all things to deceived me in the end.

I was told by an E-mail on June 2013 to go back to a COMMUNITY-COLLEGE and come to UMN again after 03 years at UMN. Because of my GRADUATION was for June 2014. Because, they can't more, hiding their **GAME**.



During those 03 years I was abused by TEACHERS, STUDENTS even TEACHERS FRIENDS when one of them abused me in front of that teacher.

The only chose I had now is our Court-System to get my "OFFICIAL-TRANSCRIPT-RECORD" and know the true about that CONSPIRACY to stop me to GRADUATED THIS JUNE 2014.

Be 60 next November 2014, those peoples shattered my DREAM to coming back to school to GRADUATED. I was pushed out when they been keeping other students to FRAUD their IMMIGRATION-STATUS to get to other priced COLLEGES. I see corruption, fraud to help students from the end of the world but team to pushing me out with malice by sending back to COMMUNITY-COLLEGE and coming back to UMN for my GRADUATION. The contrary for what happens in real world: Student start by a COMMUNITY COLLEGE and transfer to UNIVERSITY of MINNESOTA. No the contrary. They fooled me, the UNIVERSITY of MINNESOTA, MINNESOTA-STATE and my United States Constitution Rights for EQUALITY of ALL CITIZEN was VIOLATED.

Thousand students graduated every year in United States, get a job and paid their Student-Loans include Hundred from University of Minnesota at Minneapolis but I was threatened differently by asking to paid my Student-Loan before getting my only "OFFICIAL-SCHOOL-TRANSCRIPT". I was treats like SECOND-CLASS-CITIZEN despite asking them couple time to give to me. Even my DISABLE-STATE NEVER BEEN HELP, I was dragged in classes from table to table despite my MOBILITY-REDUICE. All actions were in place to discourage me to continue my schooling at UMN at Minneapolis. I'm sure now they being doing for long time to Black-Students to makes them like me. They just shattered my schooling DREAM to coming back to GRADUATED.

My enrollment was **staged**, by those two and may be more people. I always stuck by them, I can't talk to no one, even the **SUSPENSION-COMMITTEE,** in 03 years, I never them ounce! Strange from peoples who **suspend** me almost **03 times!** I never meet them.

**RIGGED** to makes me to fail in the end, that why when the time comes for my GRADUATION, I was **PUSHED-OUT, CHASED like a leprous.**

This was a MOCKERY on me. They just **IMPEACHED TO GRADUATE ON JUNE 2014.** I come in court right now for **JUSTICE** for my **EQUAL-RIGHT** like any other **US-CITIZEN** conforms to ours **CONSTITUTION which was violated by UMN employees.**

**I ask the COURT to award me $ 15.000.000 from UNIVERSITY of MINNESOTA for that VIOLATION and the DOMAGES on me right now.**

You are only place I can ask for JUSTICE and to know the TRUE.

I ask the court that reward from UMN to letting me abused by their employees during 03 years and shattered my life./.

Amadou C. Diabate

600-18 Ave N. Apt# 126E

Minneapolis – MN - 55411

Student ID# 3949959

Minneapolis 07/22/2014

Signed this **22** day of **July, 2014**

Signature of Plaintiff _[signature]_

Mailing Address
600 - 18 Ave N. Apt # 26E
MINNEAPOLIS - MN - 55411

Telephone Number (612) 377-3059

mandekas4@yahoo.com

<u>Note</u>:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.

5