UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Amadou C. Diabate,

    Plaintiff,

v.   ORDER
    Civil No. 14-2974(MJD/JJK)

University of Minnesota et al.,

    Defendants.

_____

The above-entitled matter comes before the Court on Plaintiff's objections to the Report and Recommendation of Magistrate Judge Jeffrey J. Keyes dated August 11, 2014.

Pursuant to statute, the Court has conducted a <u>de novo</u> review of the record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based on that review, the Court will adopt the Report and Recommendation in its entirety.

IT IS HEREBY ORDERED:

1.    Plaintiff's Application for Leave to Proceed <u>In Forma Pauperis</u> [Doc. No. 2] is DENIED; and

1

2.      This action is SUMMARILY DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

LET JUDGMENT BE ENTERED ACCORDINGLY

Date:   September 10, 2014

                                  s/ Michael J. Davis
                                  Michael J. Davis
                                  Chief Judge
                                  United States District Court

Civil No. 14-2974 (MJD/JJK)