# EXHIBITS

When the "22-1999 was send to me,

Another Document was send to the VA telling them my absent for the Semester.

That why I involved The School Board of Regents to clear my situation.

It been two years now, I can't use my "GI-BILL" for enroll to any other School because of their Behaviors to me

RECEIVED BY MAIL
SEP 22 2014
CLERK, US DISTRICT COURT
MINNEAPOLIS, MN

CONSERVE
Collection Agency
Fax# 866-633-7943

Amadou Diabate
600 18th Ave N. #126E.
Minneapolis, MN 55411
SS# xxx-xx-1170
Tel.# (612)377-3059
August 11, 2014

RE: Fed Debt Case # 2013369130

Dear Sir or Madame,

After communicating with VA and the debt collector from your agency, I am here by sending my proof for attendance of the summer classes from Jan. 22, 2013- May 18, 2013 at the University of MN. Please note that the letter from the VA dated March 5, 2013 which indicates that they received a notice from the school that I didn't attend classes is not correct. The school sent wrong information which they corrected later and I am attaching here with for your consideration.

I would like to ask your office to refund me the amount $324 that you garnished from my tax return.

Thank you in advance for your prompt action and consideration in this matter.

Sincerely,
Amadou Diabate

Student Information
DIABATE, AMADOU O

Type of Training
Undergraduate

Name of Program
COMMUNICATION STUDIES (BA);021;095

Credit for Prior Training
NA

| Enroll Begin | Dates End | Res Hrs | Dist Hrs | R/D Hrs | Clock Hrs | T&F Amt | Yellow Ribbon Program Amount | Out St Chg |
|---|---|---|---|---|---|---|---|---|
| 01/22/13 | 05/18/13 | 13 | | | | $.00 | | |

Remarks

CERTIFICATION: All Provisions on VA Form 22-1999 Are Certified.

Date Signed      School Information
01/25/2013       SC ELIZABETH ABBOTT
                 UNIVERSITY OF MINNESOTA-TWIN CITIES
                 320 SCIENCE TEACHING & STUDENT SERV
                 222 PLEASANT ST SE
                 MPLS, MN 55455
                 Phone # (612) 625-2078
                 Facility Code 11802123

                                Electronically Received by VA:

VA Form 22-1999-8
APR 2000 OMB Approved No. 2900-0073

CertID: 17465151
TransId:

ROUTE TO COMPLETION

https://vaonce.vba.va.gov/vaonce_student/popup_print_cert.asp?TERM_LINE_ID=40893...   1/25/2013

Notice Of Change In Student Status VA-Once ver.P035 Chapter 35

```
                        Social Security      VA File Number
                        059781170            26271680-X
```

Student Information
DIABATE, AMADOU C

```
Enroll Dates      Res  Dist  R/D  Clock  T&F     Yellow Ribbon Program  TT/
Begin      End    Hrs  Hrs   Hrs  Hrs    Amt     Amount       Out St Chg FT=

01/22/13  05/18/13  20   0
```

Adjustment Change-In-Student-Status Certification

```
01/22/13  05/18/13  0    0              $0.00
*** Preregistered but never attended *** Effective 01/21/2013 ***
```

It Is Hereby Certified That The Student's Status Changed On the Date
Indicated And In Accordance With The Facts Shown Above.

```
Date Signed       School Information
01/17/2013        EC JOSH MARTIN
                  UNIVERSITY OF MINNESOTA-TWIN CITIES
                  320 SCIENCE TEACHING & STUDENT SERV
                  222 PLEASANT ST SE
                  MPLS MN 55455
                  Facility Code 11802123
                  Phone # 612-625-8076
```

Electronically Received by VA: 01/18/2013

VA Form 22-1999b
Nov 2008 OMB Control No. 2900-0156

CHANGE | Review Change Reason | ECAP could not process certification(2) | No Record Found |

CertID: 17322081
TransID: 82571



FED DEBT ID 2013369130A

**DEPARTMENT OF VETERANS AFFAIRS**
St. Louis Regional Office
PO Box 66830
St. Louis, MO. 63166-6830

MARCH 5, 2013

In Reply Refer To:   331/222A/MBT/CH35
                     A C DIABA
                     CSS XXX-XX-7680

AMADOU C DIABATE
#126E
600 18TH AVE N
MINNEAPOLIS MN 55411

Dear Mr. Diabate:

We recently sent you a letter explaining that we reduced your benefits on December 21, 2012. We did this because your school sent us a notice that you never attended your training on January 22, 2013-May 18, 2013.

> You are responsible for **ALL** debts resulting from reductions or terminations of your enrollment even if the payment was submitted directly to the school on your behalf.

## What You Need to Know About Your Overpayment

You were overpaid for the period beginning January 22, 2013 and ending May 18, 2013. This is a debt you must repay.

Our Debt Management Center will send you detailed information about the amount of the debt, how to repay it, and your rights regarding your debt. If you have questions about your debt, please call our Debt Management Center toll-free at 1-800-827-0648, or write to:

Debt Management Center (389)
Bishop Henry Whipple Federal Building
P. O. Box 11930
St. Paul, MN 55111-1930

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com